Paul M. Ostroff, OSB No. 954734
ostroffp@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2122
Facsimile: 503.778.2200

Attorneys for Defendant Oregon Racing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JERRY D. RICKLES,<br><br>                              Plaintiff,<br><br>v.<br><br>OREGON RACING, INC., a Delaware corporation, dba PORTLAND MEADOWS, and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL NO. 49, a domestic non-profit corporation,<br><br>                              Defendants. | Case No. 3:13-cv-01284-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Pursuant to Fed. R. Civ. P. 41(a) |

Pursuant to Fed. R. Civ. P. 41(a), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice, and that a judgment be entered accordingly,

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

each party to bear their own fees and costs.

IT IS SO STIPULATED:

DATED: January 23, 2014

          THE RICKLES LAW FIRM PC

          By _____
          Stephen P. Rickles, OSB No. 793613
          Telephone: 503.229.1850
          Facsimile: 503.229.1856
          Attorneys for Plaintiff Jerry D. Rickles

DATED: January 17, 2014

          LANE POWELL PC

          By _____
          Paul M. Ostroff, OSB No. 954734
          Telephone: 503.778.2122
          Facsimile: 503.778.2200
          Attorneys for Defendant Oregon Racing, Inc.

DATED: January 22, 2014

          MECHANIC LAW FIRM

          By _____
          Gene B. Mechanic, OSB No. 770547
          Telephone: 503.384.2070
          Facsimile: 503.894.5022
          Attorneys for Defendant Service Employees
          International Union Local No. 49

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

## ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice, each party to bear their own fees and costs.

DATED: January 27, 2014

_____
The Honorable Anna J. Brown

PAGE 3 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE